IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,        CV F 05 0653 LJO WMW P

   vs.                      ORDER RE MOTION (DOC 12)

R. CORLEY, et al.,

        Defendants.

      Plaintiff has filed a motion requesting that his consent to Magistrate Judge jurisdiction be revoked. On May 31, 2005, the Court received for filing a properly executed Consent to Jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). Plaintiff is advised that until such time as all defendants have consented to the exercise of Magistrate Judge jurisdiction, this case will continue as assigned to a U.S. District Judge. Further, there are no provisions for the revocation of consent by a party to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to revoke consent is denied.

IT IS SO ORDERED.

**Dated:**   **January 16, 2008**         /s/ **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE