1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6   JOWELL FINLEY,

7          Plaintiff,                          CV F 05 0653 LJO WMW PC

8      vs.                                     FINDINGS AND RECOMMENDATION

9   _____

10  R. CORLEY, et al.,

11         Defendants.

12

13

14         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

15  U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

16  U.S.C. § 636(b)(1).

17         By order filed January 14, 2008, the court issued an order dismissing the operative

18  complaint for failure to state a claim and directing Plaintiff to file an amended complaint within

19  thirty days.  Plaintiff filed a document titled as objections to the findings and recommendations.

20  The January 14, 2008, order dismissed the complaint, advised Plaintiff of the  deficiencies in the

21  complaint, and granted Plaintiff leave to file an amended complaint.  The document filed by

22  Plaintiff on January 29, 2008, is an objection by Plaintiff to the order.  While the objection takes

23  issue with the order, it does not include any additional factual allegations, and is not in the form

24  fo an amended complaint.  Plaintiff has not filed an amended complaint.

25         In the January 14, 2008, order the court informed Plaintiff of the deficiencies in

26

1

1   his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

2   upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

3   court recommends dismissal of the claims made in the original complaint with prejudice for

4   failure to state a federal claim upon which the court could grant relief.  See Noll v. Carlson, 809

5   F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to

6   amend prior to dismissing for failure to state a claim).

7           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

8   failure to state a claim upon which relief can be granted.

9           These findings and recommendations are submitted to the United States District

10  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

11  twenty days after being served with these findings and recommendations, plaintiff may file

12  written objections with the court.  Such a document should be captioned "Objections to

13  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

14  objections within the specified time waives all objections to the judge's findings of fact.  See

15  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the

16  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

17  F.2d 1153 (9th Cir. 1991).

18  IT IS SO ORDERED.

19  **Dated:    April 7, 2008**                          _____/s/  **William M. Wunderlich**_____
                                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26